**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

NATALI S. RAY, INDIVIDUALLY AND AS : No. 186 EAL 2022
THE ADMINISTRATRIX OF THE ESTATE :
OF RIVER RUSSELL, DECEASED AND :
JOSEPH B. RUSSELL, INDIVIDUALLY AND : Petition for Allowance of Appeal
AS THE ADMINISTRATOR OF THE : from the Order of the Superior Court
ESTATE OF RIVER RUSSELL, :
DECEASED, :
:
                Petitioners :
:
:
        v. :
:
:
PENSKE LOGISTICS LLC AND PHILLIP :
JAMES ANTOINE, :
:
               Respondents :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.